UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

DAVID ANTHONY FLORES,

    Plaintiff,

v.

UNKNOWN LEECE et al.,

    Defendants.

Case No. 2:17-cv-61

Honorable Paul L. Maloney

_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: October 17, 2017                   /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge